UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WILLIAM TERRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-295 |
| | ) | (Jordan/Guyton) |
| SBC INTERNET SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Third-party American Express Travel Related Services Company, Inc. ("American Express") moves for a continuance of the hearing on the plaintiff's motion to compel, which is currently scheduled to be heard on November 3, 2005. [Doc. 17]. Neither the plaintiff nor the defendant have any objection to this motion.

For good cause shown, American Express' Motion to Continue Hearing [Doc. 17] is **GRANTED**. The parties shall contact the Court on or before **November 21, 2005** and advise whether this discovery dispute has been resolved. If the dispute has not been resolved, the parties shall so advise the Court, and a hearing will be scheduled.

**IT IS SO ORDERED.**

                              **ENTER:**

                              s/ H. Bruce Guyton
                              United States Magistrate Judge